**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| EWENDOLYN RAGLAND, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs. | )   No. 4:17-cv-3048 |
| | ) |
| DEARBORN NATIONAL LIFE | ) |
| INSURANCE COMPANY | ) |
| | ) |
| Defendant | ) |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Ewendolyn Ragland ("Plaintiff"), joined by Defendant Dearborn National Life

Insurance Company ("Dearborn National" or "Defendant") files the following Joint Stipulation of

Dismissal. The parties jointly request that this matter be dismissed, with prejudice.

Respectfully submitted,

MARC WHITEHEAD & ASSOCIATES,
ATTORNEYS AT LAW L.L.P.


By:   __/s/ Britney Anne Heath McDonald_____
      Britney Anne Heath McDonald
      Tex. Bar. No. 24083158
      Fed. I.D. Bar No. 2621983
      britney@marcwhitehead.com
      5300 Memorial Drive, Suite 725
      Houston, Texas 77007
      Telephone: 713-228-8888
      Facsimile: 713-225-0940
      ATTORNEY-IN-CHARGE
      FOR PLAINTIFF,
      EWENDOLYN RAGLAND

By:     /s/ Andrew F. MacRae

ANDREW F. MACRAE
*State Bar No. 00784510*
LEVATINO|PACE PLLC
1101 S. Capital of Texas Highway
Building K, Suite 125
Austin, Texas 78746
Tel: (512) 637-1581
Fax: (512) 637-1583

ATTORNEYS FOR DEFENDANT
DEARBORN NATIONAL LIFE
INSURANCE COMPANY

## CERTIFICATE OF SERVICE

        I hereby certify that a true and correct copy of the foregoing Joint Stipulation of Dismissal has been filed through the CM/ECF system on this 27th day of April, 2018.  I understand the CM/ECF system will send a Notice of Electronic Filing to all counsel of record, as follows:

Andrew F. MacRae
Levatino|Pace PLLC
1101 S. Capital of Texas Highway
Building K, Suite 125
Austin, Texas 78746

        /s/ Britney Heath McDonald

BRITNEY HEATH MCDONALD

2