United States District Court
Southern District of Texas
**ENTERED**
May 03, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| EWENDOLYN RAGLAND, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) No. 4:17-cv-3048 |
| | ) |
| DEARBORN NATIONAL LIFE INSURANCE COMPANY | ) |
| | ) |
| Defendant | ) |

## ORDER OF DISMISSAL

Before the Court is the parties' Joint Stipulation of Dismissal. The Court accepts the Stipulation.

IT IS THEREFORE ORDERED that this case is dismissed, with prejudice.

IT IS FURTHER ORDERED that all attorney's fees and costs of court are assessed against the party incurring same, unless otherwise agreed by the parties.

Signed this 3rd day of May, 2018.

_____
HONORABLE MELINDA HARMON
UNITED STATES DISTRICT JUDGE

**APPROVED AS TO FORM AND CONTENT:**


/s/ Britney Anne Heath McDonald
Britney Heath McDonald
Attorney for Plaintiff


/s/ Andrew F. MacRae
Andrew F. MacRae
Attorney for Defendant